UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ASSURANCE CO. OF AMERICA, et al.,<br><br>        Plaintiffs,<br><br>v.<br><br>NATIONAL FIRE & MARINE INS. CO.,<br><br>        Defendant. | 2:09-CV-1182 JCM (PAL) |

**ORDER**

Presently before the court is plaintiff Assurance Company of America's partial motion for summary judgment. (Doc. #8).

On September 22, 2009, the motion was stayed pending resolution of defendant National Fire & Marine Insurance Company's motion to dismiss. (Doc. #15). Although the motion to dismiss was denied, the stay on the partial motion for summary judgment was continued. (Doc. #25). Plaintiff filed a motion to lift the stay (Doc. #35), which the court denied (doc. #40).

Accordingly, the motion for partial summer judgment (Doc #8) is denied at this time. Once this court lifts the stay, and determines the parties may address the merits of a motion for summary judgment, the plaintiff may re-file its motion for partial summary judgment.

. . .

. . .

. . .

**James C. Mahan**
**U.S. District Judge**

1  Accordingly,

2  IT IS HEREBY ORDERED, ADJUDGED AND DECREED that plaintiff's motion for

3  partial summary judgment (Doc. #8) be, and the same hereby is DENIED without prejudice.

4  DATED July 26, 2010.

*[signature: James C. Mahan]*
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**