1  Dennis L. Kennedy
   Nevada Bar No. 1462
2  Sarah E. Harmon
   Nevada Bar No. 8106
3  BAILEY❖KENNEDY
   8984 Spanish Ridge Avenue
4  Las Vegas, Nevada  89148-1302
   Telephone: (702) 562-8820
5  Facsimile: (702) 562-8821
   dkennedy@baileykennedy.com
6  sharmon@baileykennedy.com

7  Mary Beth Forshaw (*pro hac vice*)
   SIMPSON THACHER & BARTLETT LLP
8  425 Lexington Avenue
   New York, New York 10017
9  Telephone: (212) 455-2000
   Facsimile: (212) 455-2502
10 mforshaw@stblaw.com

11 Deborah L. Stein (*pro hac vice*)
   SIMPSON THACHER & BARTLETT LLP
12 1999 Avenue of the Stars, 29th Floor
   Los Angeles, California 90067
13 Telephone: (310) 407-7500
   Facsimile: (310) 407-7502
14 dstein@stblaw.com

15 Attorneys for Defendant NATIONAL FIRE &
   MARINE INSURANCE COMPANY

16                **UNITED STATES DISTRICT COURT**
                      **DISTRICT OF NEVADA**
17

18 ASSURANCE COMPANY OF AMERICA;          Case No. 2:09-cv-01182-JCM-PAL
   MARYLAND CASUALTY COMPANY;
19 NORTHERN INSURANCE COMPANY OF
   NEW YORK; ZURICH SPECIALTIES
20 LONDON; ZURICH AMERICAN                **DEFENDANT NATIONAL FIRE &**
   INSURANCE COMPANY; and STEADFAST       **MARINE INSURANCE COMPANY'S**
21 INSURANCE COMPANY,                     **REQUEST FOR EXCEPTION FROM**
                                          **ORDER SCHEDULING SETTLEMENT**
22              Plaintiffs,               **CONFERENCE AND [PROPOSED]**
                                          **ORDER**
23         v.

24 NATIONAL FIRE & MARINE INSURANCE
   COMPANY,
25
                Defendant.

**REQUEST FOR EXCEPTION**

1

2          Pursuant to the Court's September 15, 2011 Order Scheduling a Settlement Conference

3  (Dkt. No. 126), National Fire will be sending to the December 15 settlement conference a

4  representative with binding settlement authority along with co-lead trial counsel, Mary Beth

5  Forshaw and Deborah L. Stein.  National Fire respectfully requests that counsel from Bailey

6  Kennedy be excused from attending given that two other attorneys will be participating in the

7  conference.

8  ///

9  ///

10  ///

11  ///

12  ///

13  ///

14  ///

15  ///

16  ///

17  ///

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

Dated:  December 8, 2011

BAILEY ❖ KENNEDY

By:   /s/ Sarah E. Harmon
Dennis L. Kennedy
Nevada Bar No. 1462
Sarah E. Harmon
Nevada Bar No. 8106
8984 Spanish Ridge Avenue
Las Vegas, Nevada 89148-1302
Telephone: (702) 562-8820
Facsimile: (702) 562-8821
dkennedy@baileykennedy.com
sharmon@baileykennedy.com

-and-

SIMPSON THACHER & BARTLETT LLP
Mary Beth Forshaw (*pro hac vice*)
425 Lexington Avenue
New York, New York 10017
Telephone: (212) 455-2000
Facsimile: (212) 455-2502
mforshaw@stblaw.com

Deborah L. Stein (*pro hac vice*)
1999 Avenue of the Stars, 29th Floor
Los Angeles, California 90067
Telephone: (310) 407-7500
Facsimile: (310) 407-7502
dstein@stblaw.com

Attorneys for Defendant National Fire &
Marine Insurance Company

## [PROPOSED] ORDER

The request for an exception is granted.

IT IS HEREBY ORDERED this 36ⱨ day of F gego dgt."2011.

_____
United States Magistrate Judge