1  Dennis L. Kennedy
   Nevada Bar No. 1462
   Sarah E. Harmon
2  Nevada Bar No. 8106
   BAILEY❖KENNEDY
3  8984 Spanish Ridge Avenue
   Las Vegas, Nevada  89148-1302
4  Telephone: (702) 562-8820
   Facsimile: (702) 562-8821
5  dkennedy@baileykennedy.com
   sharmon@baileykennedy.com
6
   Mary Beth Forshaw (*pro hac vice*)
7  SIMPSON THACHER & BARTLETT LLP
   425 Lexington Avenue
8  New York, New York 10017
   Telephone: (212) 455-2000
9  Facsimile: (212) 455-2502
   mforshaw@stblaw.com
10
   Deborah L. Stein (*pro hac vice*)
11 SIMPSON THACHER & BARTLETT LLP
   1999 Avenue of the Stars, 29th Floor
12 Los Angeles, California 90067
   Telephone: (310) 407-7500
13 Facsimile: (310) 407-7502
   dstein@stblaw.com
14
   Attorneys for Defendant NATIONAL FIRE &
15 MARINE INSURANCE COMPANY

16              **UNITED STATES DISTRICT COURT**
                    **DISTRICT OF NEVADA**
17

18 ASSURANCE COMPANY OF AMERICA;          Case No. 2:09-cv-01182-JCM-PAL
   MARYLAND CASUALTY COMPANY;
19 NORTHERN INSURANCE COMPANY OF
   NEW YORK; ZURICH SPECIALTIES
20 LONDON; ZURICH AMERICAN               **DEFENDANT NATIONAL FIRE &**
   INSURANCE COMPANY; and STEADFAST      **MARINE INSURANCE COMPANY'S**
21 INSURANCE COMPANY,                     **REQUEST FOR EXCEPTION FROM**
                                          **ORDER SCHEDULING SETTLEMENT**
22              Plaintiffs,               **CONFERENCE AND [PROPOSED]**
                                          **ORDER**
23        v.

24 NATIONAL FIRE & MARINE INSURANCE
   COMPANY,
25
                Defendant.

**REQUEST FOR EXCEPTION**

  Pursuant to the Court's September 15, 2011 Order Scheduling a Settlement Conference (Dkt. No. 126), National Fire will be sending to the December 15 settlement conference a representative with binding settlement authority along with co-lead trial counsel, Mary Beth Forshaw and Deborah L. Stein.  National Fire respectfully requests that counsel from Bailey Kennedy be excused from attending given that two other attorneys will be participating in the conference.

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

Dated:  December 8, 2011

BAILEY❖KENNEDY

By:  /s/ Sarah E. Harmon
Dennis L. Kennedy
Nevada Bar No. 1462
Sarah E. Harmon
Nevada Bar No. 8106
8984 Spanish Ridge Avenue
Las Vegas, Nevada 89148-1302
Telephone: (702) 562-8820
Facsimile: (702) 562-8821
dkennedy@baileykennedy.com
sharmon@baileykennedy.com

-and-

SIMPSON THACHER & BARTLETT LLP
Mary Beth Forshaw (*pro hac vice*)
425 Lexington Avenue
New York, New York 10017
Telephone: (212) 455-2000
Facsimile: (212) 455-2502
mforshaw@stblaw.com

Deborah L. Stein (*pro hac vice*)
1999 Avenue of the Stars, 29th Floor
Los Angeles, California 90067
Telephone: (310) 407-7500
Facsimile: (310) 407-7502
dstein@stblaw.com

Attorneys for Defendant National Fire &
Marine Insurance Company

## [PROPOSED] ORDER

The request for an exception is granted.

IT IS HEREBY ORDERED this 36ý day of F gego dgt."2011.

_____
United States Magistrate Judge